UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH RAY BALLARD,

Plaintiff,

v.

FORTINO, et al.,

Defendants.

Case No. 25-cv-08139-NW

**ORDER SCREENING COMPLAINT, DISMISSING WITH PREJUDICE, AND DENYING PENDING MOTIONS**

Re: ECF No. 2

Plaintiff Kenneth Ray Ballard, a state detainee, filed a pro se civil rights complaint under 42 U.S.C. § 1983 and a motion to proceed *in forma pauperis*. *See* ECF Nos. 1, 2. The Complaint is now before the Court for screening pursuant to 28 U.S.C. § 1915A(a). For the reasons set forth below, the Court **DISMISSES** the Complaint with prejudice as duplicative and **DENIES** Ballard's motion.

Upon review of the Complaint, which raises claims stemming from the denial of his request for pro per privileges at the Santa Clara County Jail, the Court concludes that this Complaint is duplicative of Ballard's claims in *Ballard v. Santa Clara County et al.*, No. 25-cv-05201-NW (N.D. Cal., filed Jun. 20, 2025). An *in forma pauperis* complaint that merely repeats pending or previously litigated claims may be considered abusive under 28 U.S.C. § 1915. *Cato v. United States,* 70 F.3d 1103, 1105 n.2 (9th Cir. 1995). As a result, an *in forma pauperis* complaint repeating the same factual allegations asserted in an earlier case—as Ballard has filed here—is subject to dismissal as abusive and duplicative. *Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988). Accordingly, this case is **DISMISSED** with prejudice as duplicative of the claims and allegations raised in his earlier case.

Ballard is cautioned that further duplicative or frivolous actions may result in the

application of 28 U.S.C. § 1915(g), which will prevent him from proceeding *in forma pauperis* in any future civil actions or appeals unless he can show he is "under imminent danger of serious physical injury."

**I.     CONCLUSION**

The Court orders as follows:

1.  The Complaint is **DISMISSED WITH PREJUDICE** as duplicative.

2.  Ballard's request to proceed *in forma pauperis* is **DENIED**.  *See* ECF No. 2.

3.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 27, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California

2